(Official Form 1) (12/03)

| FORM B1 | United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Baum & Olsen, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all):<br>36-3756587 | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>685 W. Ohio St.<br>Chicago, IL 60610 | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business:   **Cook** | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Information Regarding the Debtor (Check the Applicable Boxes)**

Venue (Check any applicable box)
- ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| Type of Debtor (Check all boxes that apply) | | Chapter or Section of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) | | |
|---|---|---|---|---|
| ☐ Individual(s) | ☐ Railroad | ■ Chapter 7 | ☐ Chapter 11 | ☐ Chapter 13 |
| ■ Corporation | ☐ Stockbroker | ☐ Chapter 9 | ☐ Chapter 12 | |
| ☐ Partnership | ☐ Commodity Broker | ☐ Sec. 304 - Case ancillary to foreign proceeding | | |
| ☐ Other_____ | ☐ Clearing Bank | | | |

| Nature of Debts (Check one box) | Filing Fee (Check one box) |
|---|---|
| ☐ Consumer/Non-Business   ■ Business | ■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (Applicable to individuals only.) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3. |
| **Chapter 11 Small Business** (Check all boxes that apply)<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101<br>☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional) | |

Statistical/Administrative Information (Estimates only)
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditor
- ■ Debtor estimates that, after any exempt property is excluded and administrative e: will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 ☐ | 16-49 ☐ | 50-99 ■ | 100-199 ☐ | 200-999 ☐ | 1 |
|---|---|---|---|---|---|---|

| Estimated Assets | | | | | | | |
|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000, $100 mi | |
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | |

| Estimated Debts | | | | | | | |
|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,0 $100 mill | |
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | |

U.S. Bankruptcy Court
Northern District Of Illinois
Filed: 02/17/2004
Time: 10:48:31
Debtor: BAUM & OLSEN INC
Case: 04-05676   Fee: 209
Chapter: 7   Rec. #: 3062327
Judge: Jack Schmetterer
341 mtg: 03/22/2004 @ 03:30PM
Trustee: RICHARD MASON

1:04BK05676-BK001

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Baum & Olsen, Inc.** |
|---|---|

| Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**
I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of Attorney**
X *Barbara L. Yong* (signature)
Signature of Attorney for Debtor(s)
**Barbara L. Yong**
Printed Name of Attorney for Debtor(s)
**Field & Golan LLP**
Firm Name
**70 West Madison Street**
**Suite 1500**
**Chicago, IL 60602**
Address
**312-263-2300**
Telephone Number
2-16-04
Date

**Signature of Debtor (Corporation/Partnership)**
I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual
**Stuart Baum**
Printed Name of Authorized Individual
**President**
Title of Authorized Individual
2/12/04
Date

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)
☐ Exhibit A is attached and made a part of this petition

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
Signature of Attorney for Debtor(s)    Date

**Exhibit C**
Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?
☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No

**Signature of Non-Attorney Petition Preparer**
I certify that I am a bankruptcy petition preparer as defined in 11 U S C § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U S C § 110(c))

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both  11 U.S.C. § 110; 18 U.S.C. § 156.

## ACTION IN LIEU OF A SPECIAL MEETING
## OF THE DIRECTORS OF
## Baum & Olsen, Inc.

The undersigned, comprising the Directors of **Baum & Olsen, Inc.**, an Illinois corporation (the "Corporation"), hereby waive all notice of meeting, and consent, in writing, without the necessity of a meeting, to the adoption of the following resolution:

**RESOLVED**, that the President of the Corporation is authorized and directed to sign and cause to be filed a petition for relief under chapter 7 of the Bankruptcy Code and to take such further action as necessary or appropriate to effectuate the dissolution and winding up of the Corporation.

Dated: February 12, 2004

_____
Stuart Baum
Director of the Corporation

_____
Bruce Olsen
Director of the Corporation

{00019454.DOC /}

## United States Bankruptcy Court
### Northern District of Illinois

In re  Baum & Olsen, Inc.
Debtor(s)

Case No.
Chapter  7

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: 2/12/04

Stuart Baum/President
Signer/Title

ABS
901 S. Rohlwing Rd.
Addison, IL 60101


Advantage Copier
401 S. Dearborn Ave.
Kankakee, IL 60901


AGS
650 Blackhawk Dr.
Westmont, IL 60559


American Color Labs
611 W. Adams St.
Chicago, IL 60661


American Express
P.O. Box 650448
Dallas, TX 75265


Andrew's Decal
6559 N. Avondale
Chicago, IL 60631


Artisan for Hire
P.O. Box 71332
Chicago, IL 60694


Bebidas
P.O. Box 16116
Ohio, OH 44116


Bruce Offset
1099 Greenleaf Ave.
Elk Grove Village, IL 60007


Bruce Olsen
685 West Ohio St.
Chicago, IL 60610


California Restaurateur
1011 10th St.
Sacramento, CA 95814

Central Photo Engraving
1620 S. Michigan
Chicago, IL 60616


Chicago Messenger
3188 Eagle Way
Chicago, IL 60678


Corbis
Dept 2644
Los Angeles, CA 90084-2644


CYGNUS
1233 Janesville Ave.
Fort Atkinson, WI 53538


Dart Printing
P.O. Box 811201
Chicago, IL 60681


Deljo Heating/Cooling
2700 N. Campbell Ave.
Chicago, IL 60647


Elwood Packaging
5200 W. Roosevelt Rd.
Chicago, IL 60644


FedEx
P.O. Box 1140
Memphis, TN 38101


Flax Art & Frame
220 S. Wabash Ave.
Chicago, IL 60604


Florida Restaurateur
2910 Kerry Forest Pkwy.
D4-396
Tallahassee, FL 32308


Folgers Flag
2748 W. York St.
Blue Island, IL 60406

Food Service East
165 New Boston St.
Suite 236
Woburn, MA 01801


Fred Plewa
5432 N. Winthrop Ave.
Chicago, IL 60640


Getty Images
4363 Collections Center Dr.
Chicago, IL 60693


Hospitality News
P.O. Box 21027
Salem, OR 97307


Illinois Department of Revenue
Bankruptcy Section, Level 7-45
100 W. Randolph St
Chicago, IL 60601


Implement & Tractor
2302 W. 1st St.
Cedar Falls, IA 50613


Injection Molding
Dept L.A. Box 22108
Pasadena, CA 91185


Internal Revenue Service
230 S. Dearborn St.,
Mail Stop 5010 CHI
Chicago, IL 60604


John Campbell & Assoc.
1801 N. Mill St.
Suite H
Naperville, IL 60563


LeBhar Friedman
425 Park Avenue
New York, NY 10022

M. Shanken Communications
P.O. Box 29675
New York, NY 10087


Main Ingredient
8565 SW Salish Ln.
Suite 135
Wilsonville, OR 97070


Marks, Marks & Kaplan
120 N. LaSalle St.
Suite 3200
Chicago, IL 60602


Mid City Planning
5526 W. Montrose Ave.
Chicago, IL 60641


Minolta Business Solutions
PO Box 41647
Philadelphia, PA 19101-1647


Modern Plastics
110 Williams St.
11th Floor
New York, NY 10038


NAEDA
1195 Smizer Mill Rd.
Fenton, MO 63023


Nation's Restaurant News
425 Park Ave.
New York, NY 10022


National Public Safety Info Bureau
P.O. Box 365
Stevens Point, WI 54481


Olsen & Baum
685 West Ohio St.
Chicago, IL 60610

Onshore, Inc.
1407 W. Chicago Ave.
Chicago, IL 60622


Palmer Printing
739 S. Clark St.
Chicago, IL 60605


Parkway Imaging
1230 W. Washington Ave.
Chicago, IL 60607


People's Graphics
7223 S. Route 83
PMB-215
Willowbrook, IL 60527


PR Newswire
GPO Box 5897
New York, NY 10087-5897


Pro Trade Publishing
1550 E. Missouri
Suite 100
Phoenix, AZ 85016


R&W Consulting
1482 Hugo Ln.
San Jose, CA 95118


SAE
400 Commonwealth Dr.
Warrendale, PA 15096


Service Graphics
17W045 Hodges Rd.
Oakbrook Terrace, IL 60181


Stuart Baum
685 West Ohio Street
Chicago, IL 60610

Tom Sesek Retouching
30 E. Adams
Suite 812
Chicago, IL 60606


Total Food Service
P.O. Box 2507
Greenwich, CT 06836


Tri-Tel
675 Tollgate
Suite P
Elgin, IL 60123


Universal press
6125 W. Howard St.
Niles, IL 60714


Vanvooren Imaging
2640 N. Halsted St.
1st Floor
Chicago, IL 60614


Watch & Clock Review
2403 Champa St.
Denver, CO 80205


West Suburban Bank
711 S. Westmore Avenue
Lombard, IL 60148


Yankee Food Service
P.O. Box 1474
South Dennis, MA 02660


Zappen Press
200 Wilson Ct.
Bensenville, IL 60106