UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| BAUM & OLSEN, INC. | ) | CASE NO. 04 B 05676 |
| | ) | |
| Debtor(s) | ) | HON. JACK B. SCHMETTERER |

## TRUSTEE'S FINAL REPORT

To:   THE HONORABLE JACK B. SCHMETTERER
       BANKRUPTCY JUDGE

NOW COMES Phillip D. Levey, Trustee herein, and respectfully submits to the Court and to the United States Trustee his Final Report in accordance with 11 U.S.C. §704(9).

1. The Petition commencing this case was filed on February 17, 2004. Phillip D. Levey was appointed successor Trustee on March 23, 2004. The Trustee's bond in this case is included as part of the Trustee's blanket bond coverage.

2. The Trustee certifies that he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee has not found it advisable to oppose the Debtor(s) discharge. The Trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee are set forth on Exhibit A.

3. The disposition of estate property is set forth in Exhibit B. The scheduled value of property abandoned is $25,381.31. The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4. A summary of the trustee's final account as of October 2, 2007 is as follows:

| | | | |
|---|---|---|---|
| a. | | RECEIPTS (See Exhibit C) | $ 126,641.70 |
| b. | | DISBURSEMENTS (See Exhibit C) | $ 375.76 |
| c. | | NET CASH available for distribution | $126,265.94 |
| d. | | TRUSTEE/PROFESSIONAL COSTS: | |
| | 1. | Trustee compensation requested (See Exhibit E) | $9,582.09 |
| | 2. | Trustee Expenses (See Exhibit E) | $228.57 |
| | 3. | Compensation requested by | |

|  | attorney or other professionals for trustee (See Exhibit F) | |
|---|---|---:|
| (a.) | Phillip D. Levey Attorney For Trustee Fees | $16,575.00 |
| (b.) | Popowcer Katten Ltd. Accountant For Trustee Fees | $7,908.50 |
| (c.) | Popowcer Katten Ltd. Accountant For Trustee Expenses | $22.07 |

5. The Bar Date for filing unsecured claims expired on September 13, 2004.

6. All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee (Exhibit D). The actual dollar amount of claims allowed and/or requested for this estate is as follows:

| a | Allowed unpaid secured claims | $0.00 |
|---|---|---:|
| b. | Chapter 7 administrative claims and 28 U.S.C. §1930 claims | $34,316.23 |
| c. | Allowed Chapter 11 administrative claims | $0.00 |
| d. | Allowed priority claims | $1,833.66 |
| e. | Allowed unsecured claims | $311,308.59 |
| f. | Surplus to Debtor | $0.00 |

7. Trustee proposes that unsecured creditors receive a distribution of 28.95% of allowed claims.

8. Total compensation previously awarded to Trustee's counsel, accountant or other professional was $0.00. Trustee's attorney's, accountant's, or other professional's compensation requested but not yet allowed is $24,505.57. The total of Chapter 7 professional fees and expenses requested for final allowance is $24,505.57.

9. A fee of $5,000.00 was paid to Debtor's Counsel for services rendered in connection with this case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowance of the administrative claims and expenses stated in this Report, and for such other relief as the Court shall deem proper.

DATE: 10-2-07

RESPECTFULLY SUBMITTED

SIGNATURE

Phillip D. Levey
TRUSTEE NAME

2722 North Racine Avenue
Chicago, IL 60614
ADDRESS

## TASKS PERFORMED BY TRUSTEE

See Attached Trustee's Time Sheet.

**EXHIBIT A**

## DISPOSITION OF ESTATE PROPERTY

See attached Forms 1 and 2.

| | |
|---|---:|
| TOTAL RECEIPTS | $126,641.70 |
| TOTAL SCHEDULED VALUE OF PROPERTY ABANDONED | $25,381.31 |
| TOTAL SCHEDULED VALUE OF EXEMPT PROPERTY | $0.00 |

EXHIBIT B

Professional Services

|  |  | Hours | Amount |
|---|---|---|---|
| | **Asset Analysis & Recovery** | | |
| 3/24/2004 | Review of Schedules and Statement of Affairs. | 0.40 | 130.00 |
| 4/22/2004 | Review letter from Contract. Kranbuehl re open invoices and CD re debtor's Quick Books accounting records. | 2.00 | 650.00 |
| 4/26/2004 | Letter to attorney J. Butkus re turnover of checks and Rule 2004 examination of Grant Cowen. | 0.30 | 97.50 |
| 6/4/2004 | Review of Amended Schedules. | 0.20 | 65.00 |
| 6/17/2004 | Review letter from attorney J.Butkus re West Suburban Bank collection of accounts receivable. | 0.30 | 97.50 |
| 7/2/2004 | Review letter from attorney J.Butkus re West Suburban Bank collection of accounts receivable. | 0.40 | 130.00 |
| 6/22/2007 | Research re market value of debtor's interest in Digital Innovations, LLC re issue of acceptance or rejection of executory contract to sell same throughout case. (Estimated) | 3.50 | 1,137.50 |
| | SUBTOTAL: | [ 7.10 | 2,307.50] |
| | **Banking** | | |
| 6/22/2007 | Opening of estate bank accounts, obtaining FEIN for estate, preparation and assembly of bank deposits, issuing of checks in payment of administrative expenses and monthly review and reconciliation of bank statements through close of case. (Estimated) | 3.00 | 975.00 |
| | SUBTOTAL: | [ 3.00 | 975.00] |
| | **Case Administration** | | |
| 6/10/2004 | Preparation and filing of Trustee's Initial Asset Report. | 0.30 | 97.50 |
| 6/22/2007 | Compliance activities including preparation and assembly of interim reports as required by Office of U.S. Trustee as well as compliance with bonding requirements through close of case and maintenance of accounting records re same. (Estimated) | 2.00 | 650.00 |
| | Maintenance of estate accounting records through close of case. (Estimated) | 2.00 | 650.00 |
| | SUBTOTAL: | [ 4.30 | 1,397.50] |

|  |  | Page | 2 |
|---|---|---|---|
|  |  | Hours | Amount |
| | Claims Administration & Objections | | |
| 10/4/2004 | Teleconference with Brian Flax of Flax Company re status of case. | 0.20 | 65.00 |
| 4/4/2006 | Review of claims. | 2.60 | 845.00 |
| 9/27/2006 | Analyze claims re proposed distribution re negotiation with Stuart Baum and Bruce Olsen re recharacterization of their claims as well as claim of Baum & Olsen Enterprises LLC. | 2.20 | 715.00 |
| 6/22/2007 | Research and analysis of data on Chicago Association of Realtors database re disposition of real estate leased by debtor prepetition and effect on validity and amount of insider claims throughout case. (Estimated) | 2.50 | 812.50 |
| | Download of Clerk's Notice Fixing Time for Filing Claims and Certificate of Service re same. Download of claims from PACER, review of claims on register and contacts with claimants through close of case. (Estimated) | 2.50 | 812.50 |
| | SUBTOTAL: [ | 10.00 | 3,250.00] |
| | Dividend Distribution | | |
| 10/2/2007 | Revision of proposed distribution in accordance with Court's Order re Final Report. Distribution of dividends to holders of allowed claims. (Estimated) | 1.00 | 325.00 |
| | SUBTOTAL: [ | 1.00 | 325.00] |
| | Final Account | | |
| 10/2/2007 | Following distribution of dividends to claimants, review of bank statements and canceled checks to insure proper payment of dividends and necessity for payment of unclaimed dividends to Clerk of Court including investigation re current addresses of claimants, if necessary, which were unable to be delivered to addresses listed on proofs of claim. Payment of unclaimed dividends to Clerk of Court. (Estimated) | 3.00 | 975.00 |
| | Preparation and assembly of Trustee's Final Account and Form 4. Close file for storage. (Estimated) | 1.50 | 487.50 |
| | SUBTOTAL: [ | 4.50 | 1,462.50] |
| | Final Report | | |
| 6/18/2007 | Preparation and assembly of Trustee's Final Report. | 2.50 | 812.50 |

|            |                                                                                                                                               | Page  | 3        |
|------------|-----------------------------------------------------------------------------------------------------------------------------------------------|-------|----------|
|            |                                                                                                                                               | Hours | Amount   |
| 6/19/2007  | Preparation and assembly of Trustee's Final Report.                                                                                           | 1.50  | 487.50   |
| 6/22/2007  | Preparation and assembly of Trustee's Final Report.                                                                                           | 3.00  | 975.00   |
| 10/2/2007  | Court re hearing on Trustee's Final Report and preparation for same. (Estimated)                                                              | 0.50  | 162.50   |
|            | Revision of Final Report.                                                                                                                     | 3.50  | 1,137.50 |
|            | SUBTOTAL:                                                                                                                                   [ | 11.00 | 3,575.00]|

First Meeting of Creditors

|            |                                                          |       |         |
|------------|----------------------------------------------------------|-------|---------|
| 4/12/2004  | Conduct continued first meeting of creditors.            | 0.30  | 97.50   |
|            | SUBTOTAL:                                              [ | 0.30  | 97.50]  |

Tax Issues

|            |                                                                                                                                                           |       |          |
|------------|-----------------------------------------------------------------------------------------------------------------------------------------------------------|-------|----------|
| 9/20/2004  | Review and filing of Federal and State of Illinois tax returns for 2003.                                                                                  | 1.60  | 520.00   |
| 9/6/2006   | Review of Federal and Illinois estate income tax returns for 2005 and filing of same.                                                                     | 1.60  | 520.00   |
| 5/31/2007  | Review and filing of 2006 and 2007 Federal and State income tax returns.                                                                                  | 1.60  | 520.00   |
| 10/2/2007  | Teleconferences and correspondence with accountant Lois West re review and preparation and filing of estate tax returns through close of case. (Estimated)| 2.00  | 650.00   |
|            | SUBTOTAL:                                                                                                                                               [ | 6.80  | 2,210.00]|
|            | For professional services rendered                                                                                                                        | 48.00 | $15,600.00 |
|            | Balance due                                                                                                                                               |       | $15,600.00 |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| Case No: | 04-05676 | JBS | Judge: JACK B. SCHMETTERER | Trustee Name: | Phillip D. Levey |
|---|---|---|---|---|---|
| Case Name: | BAUM & OLSEN, INC. | | | Date Filed (f) or Converted (c): | 02/17/04 (f) |
| | | | | 341(a) Meeting Date: | 03/22/04 |
| For Period Ending: 10/02/07 | | | | Claims Bar Date: | 09/13/04 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. DIGITAL INNOVATIONS LLC-MEMBERSHIP INTEREST | 123,500.00 | 123,500.00 | | 123,500.00 | FA |
| 2. BANK ACCOUNT | 0.00 | 0.00 | DA | 0.00 | 0.00 |
| 3. ACCOUNTS RECEIVABLE | 22,381.31 | 0.00 | DA | 0.00 | 0.00 |
| 4. OFFICE FURNITURE AND EQUIPMENT | 3,000.00 | 0.00 | DA | 0.00 | 0.00 |
| 5. Post-Petition Interest Deposits (u) | Unknown | N/A | | 3,141.70 | Unknown |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $148,881.31 | $123,500.00 | | $126,641.70 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 09/30/05    Current Projected Date of Final Report (TFR): 10/31/07

LFORM1    Ver: 12.60a

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

| Case No: | 04-05676 -JBS | Trustee Name: | Phillip D. Levey |
|---|---|---|---|
| Case Name: | BAUM & OLSEN, INC. | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******6571 Money Market |
| Taxpayer ID No: | *******6587 | | |
| For Period Ending: | 10/02/07 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/07/04 | 1 | RANDY S. CHANDRA<br>568 PLYMOUTH<br>PALATINE, IL | SALE OF STOCK | 1129-000 | 11,765.00 | | 11,765.00 |
| 06/07/04 | 1 | LEONARD & DOLORES MATTESON<br>R.R., BOX 20<br>GALATA, MT | SALE OF STOCK | 1129-000 | 325.00 | | 12,090.00 |
| 06/07/04 | 1 | FRANK GERBER | SALE OF STOCK | 1129-000 | 14,040.00 | | 26,130.00 |
| 06/07/04 | 1 | DREAMFIELD PARTNERS, LP | SALE OF STOCK | 1129-000 | 7,865.00 | | 33,995.00 |
| 06/07/04 | 1 | PALOLO PARTNERS LLC | SALE OF STOCK | 1129-000 | 5,395.00 | | 39,390.00 |
| 06/07/04 | 1 | MACHINE RESEARCH CORPORATION | SALE OF STOCK | 1129-000 | 34,125.00 | | 73,515.00 |
| 06/07/04 | 1 | RONALD J. BORN | SALE OF STOCK | 1129-000 | 3,705.00 | | 77,220.00 |
| 06/07/04 | 1 | MARC HAMID | SALE OF STOCK | 1129-000 | 4,420.00 | | 81,640.00 |
| 06/07/04 | 1 | RICHARD WITKOWSKI | SALE OF STOCK | 1129-000 | 2,080.00 | | 83,720.00 |
| 06/07/04 | 1 | SCOTT SANDERS | SALE OF STOCK | 1129-000 | 520.00 | | 84,240.00 |
| 06/07/04 | 1 | TONY ABFALL | SALE OF STOCK | 1129-000 | 1,300.00 | | 85,540.00 |
| 06/07/04 | 1 | R.H. BAILIN | SALE OF STOCK | 1129-000 | 1,950.00 | | 87,490.00 |
| 06/07/04 | 1 | MICHAEL PHILLIPS | SALE OF STOCK | 1129-000 | 4,225.00 | | 91,715.00 |
| 06/07/04 | 1 | COLLIN ANDERSON | SALE OF STOCK | 1129-000 | 27,235.00 | | 118,950.00 |
| 06/07/04 | 1 | PATSY LONG | SALE OF STOCK | 1129-000 | 975.00 | | 119,925.00 |
| 06/07/04 | 1 | CAROL J. DANNENHAUER TRUST | SALE OF STOCK | 1129-000 | 2,015.00 | | 121,940.00 |
| 06/07/04 | 1 | CAROL DANNENHAUER UGMA FOR ALEXANDER | SALE OF STOCK | 1129-000 | 650.00 | | 122,590.00 |
| 06/07/04 | 1 | NUTRADE INC. TRUST | SALE OF STOCK | 1129-000 | 910.00 | | 123,500.00 |
| 06/30/04 | 5 | BANK OF AMERICA | Interest Rate 0.100 | 1270-000 | 6.93 | | 123,506.93 |
| 07/30/04 | 5 | BANK OF AMERICA | Interest Rate 0.100 | 1270-000 | 10.45 | | 123,517.38 |
| 08/31/04 | 5 | BANK OF AMERICA | Interest Rate 0.100 | 1270-000 | 10.47 | | 123,527.85 |
| 09/20/04 | 000101 | POSTMASTER | POSTAGE<br>POSTAGE-TAX RETURNS | 2990-000 | | 33.50 | 123,494.35 |
| 09/30/04 | 5 | BANK OF AMERICA | Interest Rate 0.100 | 1270-000 | 10.12 | | 123,504.47 |
| 10/29/04 | 5 | BANK OF AMERICA | Interest Rate 0.100 | 1270-000 | 10.46 | | 123,514.93 |

Page Subtotals          123,548.43        33.50

LFORM24                                                   Ver: 12.60a

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

| Case No: | 04-05676 -JBS | | Trustee Name: | Phillip D. Levey |
| Case Name: | BAUM & OLSEN, INC. | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******6571 Money Market |
| Taxpayer ID No: | *******6587 | | | |
| For Period Ending: | 10/02/07 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/30/04 | 5 | BANK OF AMERICA | Interest Rate 0.100 | 1270-000 | 10.13 | | 123,525.06 |
| 12/31/04 | 5 | BANK OF AMERICA | Interest Rate 0.100 | 1270-000 | 10.46 | | 123,535.52 |
| 01/31/05 | 5 | BANK OF AMERICA | Interest Rate 0.100 | 1270-000 | 10.49 | | 123,546.01 |
| 02/28/05 | 5 | BANK OF AMERICA | Interest Rate 0.250 | 1270-000 | 23.69 | | 123,569.70 |
| 03/31/05 | 5 | BANK OF AMERICA | Interest Rate 0.250 | 1270-000 | 26.24 | | 123,595.94 |
| 04/27/05 | 000102 | International Sureties, Ltd. 210 Barone Street Suite 1700 New Orleans, LA 70112 | TRUSTEE'S BOND | 2300-000 | | 100.50 | 123,495.44 |
| 04/29/05 | 5 | BANK OF AMERICA | Interest Rate 0.250 | 1270-000 | 25.39 | | 123,520.83 |
| 05/31/05 | 5 | BANK OF AMERICA | Interest Rate 0.250 | 1270-000 | 26.24 | | 123,547.07 |
| 06/30/05 | 5 | BANK OF AMERICA | Interest Rate 0.250 | 1270-000 | 25.39 | | 123,572.46 |
| 07/29/05 | 5 | BANK OF AMERICA | Interest Rate 0.250 | 1270-000 | 26.24 | | 123,598.70 |
| 08/31/05 | 5 | BANK OF AMERICA | Interest Rate 0.600 | 1270-000 | 62.99 | | 123,661.69 |
| 09/16/05 | 000103 | POSTMASTER | POSTAGE | 2990-000 | | 20.80 | 123,640.89 |
| 09/30/05 | 5 | BANK OF AMERICA | Interest Rate 0.600 | 1270-000 | 60.98 | | 123,701.87 |
| 10/31/05 | 5 | BANK OF AMERICA | Interest Rate 0.600 | 1270-000 | 63.04 | | 123,764.91 |
| 11/30/05 | 5 | BANK OF AMERICA | Interest Rate 0.600 | 1270-000 | 61.03 | | 123,825.94 |
| 12/30/05 | 5 | BANK OF AMERICA | Interest Rate 0.600 | 1270-000 | 63.09 | | 123,889.03 |
| 01/31/06 | 5 | BANK OF AMERICA | Interest Rate 0.600 | 1270-000 | 63.14 | | 123,952.17 |
| 02/28/06 | 5 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 88.29 | | 124,040.46 |
| 03/31/06 | 5 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 105.35 | | 124,145.81 |
| 04/28/06 | 5 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 102.04 | | 124,247.85 |
| * 05/29/06 | 000104 | International Sureties, Ltd. 203 Carondelet Street Suite 500 New Orleans, LA 70130 | | 2300-003 | | 93.19 | 124,154.66 |
| * 05/29/06 | 000104 | International Sureties, Ltd. 203 Carondelet Street Suite 500 | VOID Wrong Amount. | 2300-003 | | -93.19 | 124,247.85 |

Page Subtotals    854.22    121.30

LFORM24

Ver: 12.60a

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 04-05676 -JBS | Trustee Name: | Phillip D. Levey |
| --- | --- | --- | --- |
| Case Name: | BAUM & OLSEN, INC. | Bank Name: | BANK OF AMERICA |
|  |  | Account Number / CD #: | *******6571 Money Market |
| Taxpayer ID No: | *******6587 |  |  |
| For Period Ending: | 10/02/07 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  | New Orleans, LA 70130 |  |  |  |  |  |
| 05/30/06 | 000105 | International Sureties, Ltd. | Bond Premium | 2300-000 |  | 101.12 | 124,146.73 |
|  |  | 203 Carondelet Street |  |  |  |  |  |
|  |  | Suite 500 |  |  |  |  |  |
|  |  | New Orleans, LA 70130 |  |  |  |  |  |
| 05/31/06 | 5 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 105.53 |  | 124,252.26 |
| 06/30/06 | 5 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 102.14 |  | 124,354.40 |
| 07/31/06 | 5 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 105.62 |  | 124,460.02 |
| 08/31/06 | 5 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 105.71 |  | 124,565.73 |
| 09/29/06 | 5 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 102.38 |  | 124,668.11 |
| 10/31/06 | 5 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 105.89 |  | 124,774.00 |
| 11/30/06 | 5 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 102.55 |  | 124,876.55 |
| 12/29/06 | 5 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 106.06 |  | 124,982.61 |
| 01/31/07 | 5 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 106.15 |  | 125,088.76 |
| 02/28/07 | 5 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 95.96 |  | 125,184.72 |
| 03/30/07 | 5 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 106.31 |  | 125,291.03 |
| 04/30/07 | 5 | BANK OF AMERICA | Interest Rate 1.750 | 1270-000 | 172.50 |  | 125,463.53 |
| 05/08/07 | 000106 | International Sureties, Ltd. | Blanket Bond Premium-Bond #01602645 | 2300-000 |  | 119.84 | 125,343.69 |
|  |  | 203 Carondelet St.-Suite 500 |  |  |  |  |  |
|  |  | New Orleans, LA 70130 |  |  |  |  |  |
| 05/31/07 | 5 | BANK OF AMERICA | Interest Rate 1.750 | 1270-000 | 186.38 |  | 125,530.07 |
| * 05/31/07 | 000107 | Postmaster | Postage re 2006 and 2007 tax returns. | 2200-003 |  | 27.50 | 125,502.57 |
| * 06/02/07 | 000107 | Postmaster | VOID | 2200-003 |  | -27.50 | 125,530.07 |
|  |  |  | Post Office system would not accept oversiaze check. |  |  |  |  |
| 06/29/07 | 5 | BANK OF AMERICA | Interest Rate 1.750 | 1270-000 | 180.55 |  | 125,710.62 |
| 07/31/07 | 5 | BANK OF AMERICA | Interest Rate 1.750 | 1270-000 | 186.85 |  | 125,897.47 |
| 08/31/07 | 5 | BANK OF AMERICA | Interest Rate 1.750 | 1270-000 | 187.12 |  | 126,084.59 |
| 09/28/07 | 5 | BANK OF AMERICA | Interest Rate 1.750 | 1270-000 | 181.35 |  | 126,265.94 |

Page Subtotals    2,239.05    220.96

LFORM24

Ver: 12.60a

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4

| | |
|---|---|
| Case No: | 04-05676 -JBS |
| Case Name: | BAUM & OLSEN, INC. |
| Taxpayer ID No: | *******6587 |
| For Period Ending: | 10/02/07 |

| | |
|---|---|
| Trustee Name: | Phillip D. Levey |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******6571  Money Market |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 126,641.70 | 375.76 | 126,265.94 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 126,641.70 | 375.76 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 126,641.70 | 375.76 | |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Money Market - *******6571 | 126,641.70 | 375.76 | 126,265.94 |
| | 126,641.70 | 375.76 | 126,265.94 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals       0.00       0.00

LFORM24

Ver: 12.60a

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| BAUM & OLSEN, INC. | ) | CASE NO. 04 B 05676 |
| | ) | |
| Debtor(s) | ) | HON. JACK B. SCHMETTERER |

## DISTRIBUTION REPORT

I, Phillip D. Levey, trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution.

### SUMMARY OF DISTRIBUTION:

| | |
|---|---|
| Chapter 7 Administrative Expenses: | $34,316.23 |
| Chapter 11 Administrative Expenses: | $0.00 |
| Priority Claims (507(a)(3)-(a)(6)): | $1,833.66 |
| Secured Claims | $0.00 |
| Secured Tax Liens: | $0.00 |
| Priority Tax Claims: | $0.00 |
| General Unsecured Claims: | $90,116.05 |
| Interest (726(a)(5) | $0.00 |
| Surplus to Debtor (726(a)(6) | $0.00 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | $126,265.94 |

EXHIBIT D

REPORT OF DISTRIBUTION - CONT'D

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 7 Administrative Expenses and U.S. Trustee quarterly fees pursuant to 28 U.S.C. §1930(6) | $34,316.23 | 100.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| | Phillip D. Levey, Trustee Compensation | $9,582.09 | $9,582.09 |
| | Phillip D. Levey, Trustee Expenses | $228.57 | $228.57 |
| | Phillip D. Levey, Attorney for Trustee Fees | $16,575.00 | $16,575.00 |
| | Popowcer Katten Ltd., Accountant for Trustee Fees | $7,908.50 | $7,908.50 |
| | Popowcer Katten Ltd., Accountant for Trustee Expenses | $22.07 | $22.07 |
| | CLASS TOTALS | $34,316.23 | $34,316.23 |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 11 administrative expenses | $ 0.00 | 0.00 |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $ 0.00 | 0.00 |

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $4,925.00 | $ 0.00 | 0.00 |

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(4) - Contributions Employee Benefit Plans | $ 1,833.66 | 100.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---:|---:|
| 000007 | Christopher Howland | $675.00 | $675.00 |
| 000003 | Nicolette S Josey | $1,158.66 | $1,158.66 |
|  | CLASS TOTALS | $1,833.66 | $1,833.66 |

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---:|---:|
| §507(a)(5) - Farmers' and Fishermans' claims to the extent of $4,925. | $ 0.00 | 0.00 |

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---:|---:|
| §507(a)(6) - Deposits of consumers to the extent of $2,225 | $ 0.00 | 0.00 |

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---:|---:|
| §507(a)(7) - Alimony, Maintenance and Support | $ 0.00 | 0.00 |

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---:|---:|
| §724(b) - Secured Tax Lien Claims | $ 0.00 | 0.00 |

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---:|---:|
| §507(a)(8) - Unsecured Tax Claims excluding fines and penalties | $ 0.00 | 0.00 |

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---:|---:|
| §507(a)(9) - Capital Commitments to Federal Depository Institutions | $ 0.00 | 0.00 |

Case 04-05676   Doc 50   Filed 10/19/07   Entered 10/19/07 09:29:33   Desc Main
Document   Page 17 of 18

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(2) - General Unsecured Claims To be paid pro rata after costs of administration and priority claims are paid in full | $ 311,308.59 | 28.95 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 000009 | Abs | $31,615.70 | $9,151.95 |
| 000015 | Advantage Copier | $1,370.00 | $396.58 |
| 000025 | American Color Labs | $1,727.00 | $499.92 |
| 000016 | Andrew's Decal | $500.17 | $144.79 |
| 000008 | BNP Media | $2,021.80 | $585.26 |
| 000019 | Bruce Offset | $4,666.38 | $1,350.80 |
| 000013 | California Restaurant Association | $2,358.75 | $682.80 |
| 000018 | Central Photo Engraving | $1,713.00 | $495.87 |
| 000001 | Citicorp Vendor Finance Inc | $43,919.47 | $12,713.59 |
| 000023 | Cygnus | $6,647.00 | $1,924.14 |
| 000020 | Dart Printing | $2,351.90 | $680.82 |
| 000011 | Flax Art & Frame | $1,000.28 | $289.56 |
| 000029 | Food Service East | $2,317.10 | $670.75 |
| 000028 | Fred Plewa | $2,632.50 | $762.04 |
| 000024 | Hospitality News | $1,054.85 | $305.35 |
| 000010 | John Campbell & Assoc. | $15,985.00 | $4,627.26 |
| 000022 | Lebhar Friedman | $19,057.00 | $5,516.52 |
| 000021 | Marks, Marks & Kaplan | $8,149.75 | $2,359.15 |
| 000026 | Olsen & Baum Enterprises Llc | $153,616.00 | $44,467.99 |
| 000017 | People's Graphics | $4,172.50 | $1,207.83 |
| 000002 | Pr Newswire | $710.00 | $205.53 |
| 000014 | Service Graphics | $477.44 | $138.20 |
| 000027 | Tom Sesek Retouching | $3,245.00 | $939.35 |
| | CLASS TOTALS | $311,308.59 | $90,116.05 |

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(3) - Tardily filed unsecured claims | $ 0.00 | 0.00 |

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(4) - Fines/penalties | $ 0.00 | 0.00 |

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(5) - Interest | $ 0.00 | 0.00 |

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(6) - Surplus to Debtor | $ 0.00 | 0.00 |

| 17. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §506 - Secured Claims | $ 0.00 | 0.00 |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED/ WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| Unsecured | 000004 | Olsen & Baum Enterprises LLC | 84,364.11 | Withdrawn |
| Unsecured | 000005A | Stuart Baum | 117,688.31 | Withdrawn |
| Unsecured | 000005B | Stuart Baum | 5,900.00 | Withdrawn |
| Unsecured | 000006A | Bruce Olsen | 118,050.20 | Withdrawn |
| Unsecured | 000006B | Bruce Olsen | 4,650.00 | Withdrawn |
| Unsecured | 000012 | American Express Travel Related Svcs Co | 35,543.85 | Withdrawn |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: _10-2-07_