UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| BAUM & OLSEN, INC. | ) | CASE NO. 04 B 05676 |
| | ) | |
| Debtor(s) | ) | HON. JACK B. SCHMETTERER |

Social Security/Employer Tax ID Number:   36-3756587

### NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At:   U.S. BANKRUPTCY COURT, 219 S DEARBORN, COURTROOM 682, CHICAGO, IL

    On: **November 29, 2007**        Time: **10:30 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

    | | |
    |---|---:|
    | Receipts | $126,641.70 |
    | Disbursements | $375.76 |
    | Net Cash Available for Distribution | $126,265.94 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

    | Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
    |---|---:|---:|---:|
    | Phillip D. Levey - Trustee | $0.00 | $9,582.09 | $228.57 |
    | Phillip D. Levey - Attorney For Trustee | $0.00 | $16,575.00 | $0.00 |
    | Popowcer Katten Ltd. - Accountant For Trustee | $0.00 | $7,908.50 | $22.07 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows: None

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $1,833.66 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 100%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 3 | Nicolette S Josey | $1,158.66 | $1,158.66 |
| 7 | Christopher Howland | $675.00 | $675.00 |

7. Claims of general unsecured creditors totaling $311,308.59 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 28.95%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Citicorp Vendor Finance Inc | $43,919.47 | $12,713.59 |
| 2 | Pr Newswire | $710.00 | $205.53 |
| 8 | BNP Media | $2,021.80 | $585.26 |
| 9 | ABS | $31,615.70 | $9,151.95 |
| 10 | John Campbell & Assoc. | $15,985.00 | $4,627.26 |
| 11 | Flax Art & Frame | $1,000.28 | $289.56 |
| 13 | California Restaurant Association | $2,358.75 | $682.80 |
| 14 | Service Graphics | $477.44 | $138.20 |
| 15 | Advantage Copier | $1,370.00 | $396.58 |
| 16 | Andrew's Decal | $500.17 | $144.79 |
| 17 | People's Graphics | $4,172.50 | $1,207.83 |
| 18 | Central Photo Engraving | $1,713.00 | $495.87 |
| 19 | Bruce Offset | $4,666.38 | $1,350.80 |
| 20 | Dart Printing | $2,351.90 | $680.82 |
| 21 | Marks, Marks & Kaplan | $8,149.75 | $2,359.15 |
| 22 | Lebhar Friedman | $19,057.00 | $5,516.52 |
| 23 | Cygnus | $6,647.00 | $1,924.14 |
| 24 | Hospitality News | $1,054.85 | $305.35 |
| 25 | American Color Labs | $1,727.00 | $499.92 |
| 26 | Olsen & Baum Enterprises Llc | $153,616.00 | $44,467.99 |
| 27 | Tom Sesek Retouching | $3,245.00 | $939.35 |
| 28 | Fred Plewa | $2,632.50 | $762.04 |
| 29 | Food Service East | $2,317.10 | $670.75 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has not been discharged.

11. The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---|
| Bank Account | $0.00 |
| Accounts Receivable | $22,381.31 |

| | |
|---|---:|
| Office Furniture And Equipment | $3,000.00 |

Dated: **October 25, 2007**                                      For the Court,

By:  **KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn Street; 7th Floor
Chicago, IL 60604

Trustee:     Phillip D. Levey
Address:    2722 North Racine Avenue
                  Chicago, IL  60614
Phone No.:  (773) 348-9682

## SERVICE LIST

**BAUM & OLSEN, INC.**
**04 B 05676**

Phillip D. Levey
2722 North Racine Avenue
Chicago, IL  60614

Lois West
Popowcer Katten, Ltd.
35 East Wacker Drive, Suite 1550
Chicago, IL  60601

BAE SYSTEMS
Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

Case 04-05676    Doc 58    Filed 10/25/07    Entered 10/27/07 23:38:14    Desc Imaged
                    Certificate of Service    Page 5 of 6

# CERTIFICATE OF SERVICE

```
District/off: 0752-1           User: amcc7                Page 1 of 2            Date Rcvd: Oct 25, 2007
Case: 04-05676                 Form ID: pdf002            Total Served: 82

The following entities were served by first class mail on Oct 27, 2007.
db          +Baum & Olsen Inc,    685 W Ohio St,    Chicago, IL 60610-3916
aty         +Barbara L Yong,    Golan & Christie LLP,    70 W Madison    Suite 1500,    Chicago, IL 60602-4265
tr          +Phillip D Levey, ESQ,    2722 North Racine Avenue,    Chicago, IL 60614-1206
7770737     +ABS,    901 S. Rohlwing Rd.,    Addison, IL 60101-4234
7770739     +AGS,    650 Blackhawk Dr.,    Westmont, IL 60559-1116
8147128     +AT & T Bankruptcy Dept,    attn Linda Adams,    6021 S Rio Grande Ave 1st floor,
              Orlando, Fl 32809-4613
7770738     +Advantage Copier,    401 S. Dearborn Ave.,    Kankakee, IL 60901-5154
8147127     +Agra USA Inc,    2302 West 1st St,    Cedar Falls, IA 50613-1879
7770740     +American Color Labs,    611 W. Adams St.,    Chicago, IL 60661-3603
7770741     +American Express,    P.O. Box 650448,    Dallas, TX 75265-0448
8239085      American Express Travel Related Svcs Co,    Inc Corp Card,    c/o Becket and Lee, LLP,
              P.O. Box 3001,    Malvern, PA 19355-0701
7770742     +Andrew's Decal,    6559 N. Avondale,    Chicago, IL 60631-1577
7770743     +Artisan for Hire,    P.O. Box 71332,    Chicago, IL 60694-1332
8147129      BNP Media,    2410 W Big Beaver Rd,    Ste 700,    Troy, MI 48084
8200670     +BNP Media,    P O Box 2600,    Troy, MI 48007-2600
7770744     +Bebidas,    P.O. Box 16116,    Ohio, OH 44116-0116
7770745     +Bruce Offset,    1099 Greenleaf Ave.,    Elk Grove Village, IL 60007-5078
7770746     +Bruce Olsen,    685 West Ohio St.,    Chicago, IL 60610-3916
8191129     +Bruce Olsen,    4646 North Wolcott,    Chicago, Il 60640-4304
7770751     +CYGNUS,    1233 Janesville Ave.,    Fort Atkinson, WI 53538-2794
7770747     +California Restaurant Association,    1011 10th St.,    Sacramento, CA 95814-3501
7770748     +Central Photo Engraving,    329 W 18th St Ste 800,    Chicago, Il 60616-1103
7770749     +Chicago Messenger,    3188 Eagle Way,    Chicago, IL 60678-0001
7942144     +Citicorp Vendor Finance Inc,    f/k/a Copelco Capital Inc,    1800 Overcenter Drive,
              Moberly , Mo 65270-9466
7770750      Corbis,    Dept 2644,    Los Angeles, CA 90084-2644
8147130     +Creative Center LLC,    8565 SW Salish Ln,    Ste 135,    Wilsonville, Or 97070-9674
8147131     +Credit Collection Services,    Two Wells Avenue Ste 1,    Newton Center, Ma 02459-3246
7770752     +Dart Printing,    P.O. Box 811201,    Chicago, IL 60681-1201
7770753     +Deljo Heating/Cooling,    2700 N. Campbell Ave.,    Chicago, IL 60647-1923
7770754     +Elwood Packaging,    5200 W. Roosevelt Rd.,    Chicago, IL 60644-1445
7770755     +FedEx,    P.O. Box 1140,    Memphis, TN 38101-1140
7770756     +Flax Art & Frame,    220 S. Wabash Ave.,    Chicago, IL 60604-2303
7770757     +Florida Restaurateur,    2910 Kerry Forest Pkwy.,    D4-396,    Tallahassee, FL 32309-6892
7770758     +Folgers Flag,    2748 W. York St.,    Blue Island, IL 60406-1959
7770759     +Food Service East,    165 New Boston St.,    Suite 236,    Woburn, MA 01801-6201
7770760     +Fred Plewa,    5432 N. Winthrop Ave.,    Chicago, IL 60640-1706
7770761     +Getty Images,    4363 Collections Center Dr.,    Chicago, IL 60693-0043
7770762     +Hospitality News,    P.O. Box 21027,    Salem, OR 97307-1027
7770766    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
              PHILADELPHIA PA 19114-0326
             (address filed with court: Department of the Treasury-Internal Revenue Servic,
              Centralized Insolvency Operations,    P O Box 21126,    Philadelphia, PA 19114)
7770763     +Illinois Department of Revenue,    Bankruptcy Section, Level 7-45,    100 W. Randolph St,
              Chicago, IL 60601-3218
7770764     +Implement & Tractor,    2302 W. 1st St.,    Cedar Falls, IA 50613-1879
7770765     +Injection Molding,    Dept L.A. Box 22108,    Pasadena, CA 91185-0001
8191625     +JP Morgan Chase Bank Retirement CD,    FBO Christopher Howland,    c/o Christopher Howland,
              6258 N Lakewood Ave,    Chicago, Il 60660-1937
11262234    +JP Morgan Chase IRA FBO Nicolette Josey,    c/o Nicolette Josey, Trustee,    5533 Webster St.,
              Downers Grove, IL 60516-1320
7770767     +John Campbell & Assoc.,    1801 N. Mill St.,    Suite H,    Naperville, IL 60563-5442
7770768     +LeBhar Friedman,    425 Park Avenue,    New York, NY 10022-3549
7770769     +M. Shanken Communications,    P.O. Box 29675,    New York, NY 10087-9675
7770770     +Main Ingredient,    8565 SW Salish Ln.,    Suite 135,    Wilsonville, OR 97070-9674
7770771     +Marks, Marks & Kaplan,    55 West Monroe Street Ste 3300,    Chicago, Il 60603-5088
7770772     +Mid City Planning,    5526 W. Montrose Ave.,    Chicago, IL 60641-1330
8147133     +Mid City Printing,    5526 W Montrose Ave,    Chicago, Il 60641-1330
7770773      Minolta Business Solutions,    PO Box 41647,    Philadelphia, PA 19101-1647
7770774     +Modern Plastics,    110 Williams St.,    11th Floor,    New York, NY 10038-3910
7770775     +NAEDA,    1195 Smizer Mill Rd.,    Fenton, MO 63026-3480
7770776     +Nation's Restaurant News,    425 Park Ave.,    New York, NY 10022-3506
7770777     +National Public Safety Info Bureau,    P.O. Box 365,    Stevens Point, WI 54481-0365
8178518     +Nicolette S Josey,    5533 Webster St,    Downers Grove, Il 60516-1320
7770778     +Olsen & Baum,    685 West Ohio St.,    Chicago, IL 60610-3916
8191035     +Olsen & Baum Enterprises LLC,    Stuart Baum,    685 W Ohio Street,    Chicago, IL 60610-3916
7770779     +Onshore, Inc.,    1407 W. Chicago Ave.,    Chicago, IL 60622-5231
8147135      P R Newswire,    GPO Box 5897,    New York, NY 10087-5897
7770783      PR Newswire,    GPO Box 5897,    New York, NY 10087-5897
7770780     +Palmer Printing,    739 S. Clark St.,    Chicago, IL 60605-1762
7770781     +Parkway Imaging,    1230 W. Washington Ave.,    Chicago, IL 60607-1931
7770782     +People's Graphics,    7223 S. Route 83,    PMB-215,    Willowbrook, IL 60527-7561
8147134      Pitney Bowes,    225 American Drive,    Neenah, WI 54956
7770784     +Pro Trade Publishing,    1550 E. Missouri,    Suite 100,    Phoenix, AZ 85014-2455
7770785     +R&W Consulting,    1482 Hugo Ln.,    San Jose, CA 95118-1724
7770786     +SAE,    400 Commonwealth Dr.,    Warrendale, PA 15096-0001
8147136     +SBC,    225 W Randolph Street Floor 27 A,    Chicago, Il 60606-1838
7770787     +Service Graphics,    17W045 Hodges Rd.,    Oakbrook Terrace, IL 60181-4505
7770788     +Stuart Baum,    685 West Ohio Street,    Chicago, IL 60610-3916
8191105     +Stuart Baum,    2204 West 111th Street,    Chicago, Il 60643-3902
7770789     +Tom Sesek Retouching,    30 E. Adams,    Suite 812,    Chicago, IL 60603-5630
```

```
District/off: 0752-1          User: amcc7             Page 2 of 2              Date Rcvd: Oct 25, 2007
Case: 04-05676                Form ID: pdf002         Total Served: 82

7770790    +Total Food Service,   P.O. Box 2507,   Greenwich, CT 06836-2507
7770791    +Tri-Tel,   675 Tollgate,   Suite P,   Elgin, IL 60123-9352
7770792    +Universal press,   6125 W. Howard St.,   Niles, IL 60714-3401
7770793    +Vanvooren Imaging,   2640 N. Halsted St.,   1st Floor,   Chicago, IL 60614-2302
7770794    +Watch & Clock Review,   2403 Champa St.,   Denver, CO 80205-2621
7770795    +West Suburban Bank,   711 S. Westmore Avenue,   Lombard, IL 60148-3770
7770796    +Yankee Food Service,   P.O. Box 1474,   South Dennis, MA 02660-1474
7770797    +Zappen Press,   200 Wilson Ct.,   Bensenville, IL 60106-1636

The following entities were served by electronic transmission.
NONE.                                                                                        TOTAL: 0

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*       +Phillip D Levey, ESQ,   2722 North Racine Avenue,   Chicago, IL 60614-1206
8147132*   +Cygnus,   1233 Janesville Ave,   Fort Atkinson, WI 53538-2794
8245324*    Service Graphics,   17W045 Hodges Rd,   Oakbrook Terrace, Il 60181-4505
                                                                                          TOTALS: 0, * 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 27, 2007**                    **Signature:**    *Joseph Speetjens*