IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| | ) | |
| BAUM & OLSEN. INC.. | ) | CASE NO. 04 B 05676 |
| | ) | |
| | ) | |
| Debtor(s) | ) | HON. JACK B. SCHMETTERER |

## TRUSTEE'S FINAL ACCOUNT AND APPLICATION
## TO CLOSE CASE AND DISCHARGE THE TRUSTEE

TO:   THE HONORABLE JACK B. SCHMETTERER
      BANKRUPTCY JUDGE

Final distribution of all monies has been made in accordance with the attached Order Awarding Compensation and Expenses. Trustee's Distribution Report and Trustee's Form 2.

The Trustee certifies that the estate has been fully administered, requests that he be discharged and the case closed pursuant to 11 U.S.C. §350.

Date: 5-22-08

_____
TRUSTEE

Phillip D. Levey
2722 North Racine Avenue
Chicago, IL 60614
(773) 348-9682

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| BAUM & OLSEN, INC. | ) | CASE NO. 04 B 05676 |
| | ) | |
| Debtor(s) | ) | HON. JACK B. SCHMETTERER |

### DISTRIBUTION REPORT

I, Phillip D. Levey, trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution.

### SUMMARY OF DISTRIBUTION:

| | |
|---|---:|
| Chapter 7 Administrative Expenses: | $34,316.23 |
| Chapter 11 Administrative Expenses: | $0.00 |
| Priority Claims (507(a)(3)-(a)(6)): | $1,833.66 |
| Secured Claims | $0.00 |
| Secured Tax Liens: | $0.00 |
| Priority Tax Claims: | $0.00 |
| General Unsecured Claims: | $90,378.23 |
| Interest (726(a)(5) | $0.00 |
| Surplus to Debtor (726(a)(6) | $0.00 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | $126,528.12 |

EXHIBIT D

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| BAUM & OLSEN, INC. | ) | CASE NO. 04 B 05676 |
| | ) | |
| Debtor(s) | ) | HON. JACK B. SCHMETTERER |

## ORDER AWARDING COMPENSATION AND EXPENSES

THIS MATTER BEING HEARD on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's compensation and expenses are allowed as follows:

| | | |
|---|---|---:|
| 1. | Trustee's compensation | $9,582.09 |
| 2. | Trustee's expenses | $228.57 |
| | TOTAL | $9,810.66 |

IT IS FURTHER ORDERED that the requests for compensation and expenses are allowed as follows:

| | | | |
|---|---|---|---:|
| 1. | Attorney for the Trustee | | |
| | a. | Chapter 7 Compensation | $16,575.00 |
| | b. | Chapter 7 Expenses | $0.00 |
| | c. | Chapter 11 Compensation | $0.00 |
| | d. | Chapter 11 Expenses | $0.00 |
| 2. | Accountant for the Trustee | | |
| | a. | Chapter 7 Compensation | $7,908.50 |
| | b. | Chapter 7 Expenses | $22.07 |
| | c. | Chapter 11 Compensation | $0.00 |
| | d. | Chapter 11 Expenses | $0.00 |
| 3. | Other professionals | | |
| | a. | Chapter 7 Compensation | $0.00 |
| | b. | Chapter 7 Expenses | $0.00 |
| | c. | Chapter 11 Compensation | $0.00 |
| | d. | Chapter 11 Expenses | $0.00 |

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED: _____

ENTER:

**ENTERED**

NOV 29 2007

JACK B. SCHMETTERER BANKRUPTCY JUDGE
UNITED STATES BANKRUPTCY COURT

_____
UNITED STATES BANKRUPTCY JUDGE

**FINAL DISTRIBUTION**

| Case Number: 04-05676 JBS | | Page 1 | | | Date: November 29, 2007 |
| --- | --- | --- | --- | --- | --- |
| Debtor Name: BAUM & OLSEN, INC. | | | | | |

| Claim # | Payee Name | Class Priority | Amt Claimed *<br>Amt Allowed | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Beginning Balance | | | | | | | $126,528.12 |
| Claim Type - | | | | | | | |
| | Phillip D. Levey<br>COMPENSATION | Admin | $9,582.09 *<br>$9,582.09 | $0.00 | $9,582.09 | $9,582.09 | $116,946.03 |
| | Percent Paid: 100.00000 % | | | | | | |
| | Phillip D. Levey<br>EXPENSES | Admin | $228.57 *<br>$228.57 | $0.00 | $228.57 | $228.57 | $116,717.46 |
| | Percent Paid: 100.00000 % | | | | | | |
| | Subtotal For Claim Type | | $9,810.66 *<br>$9,810.66 | $0.00 | $9,810.66 | $9,810.66 | |
| Claim Type 3110-00 - Attorney for Trustee Fees | | | | | | | |
| | Phillip D. Levey | Admin 001 | $16,575.00 *<br>$16,575.00 | $0.00 | $16,575.00 | $16,575.00 | $100,142.46 |
| | Percent Paid: 100.00000 % | | | | | | |
| | Subtotal For Claim Type 3110-00 | | $16,575.00 *<br>$16,575.00 | $0.00 | $16,575.00 | $16,575.00 | |
| Claim Type 3410-00 - Accountant for Trustee Fees | | | | | | | |
| | Popowcer Katten Ltd.<br>35 East Wacker Drive<br>Suite 1550<br>Chicago, IL 60601 | Admin 001<br><br>Percent Paid: 100.00000 % | $7,908.50 *<br>$7,908.50 | $0.00 | $7,908.50 | $7,908.50 | $92,233.96 |
| | Subtotal For Claim Type 3410-00 | | $7,908.50 *<br>$7,908.50 | $0.00 | $7,908.50 | $7,908.50 | |
| Claim Type 3420-00 - Accountant for Trustee Expenses | | | | | | | |
| | Popowcer Katten Ltd.<br>35 East Wacker Drive<br>Suite 1550<br>Chicago, IL 60601 | Admin 001<br><br>Percent Paid: 100.00000 % | $22.07 *<br>$22.07 | $0.00 | $22.07 | $22.07 | $92,211.89 |
| | Subtotal For Claim Type 3420-00 | | $22.07 *<br>$22.07 | $0.00 | $22.07 | $22.07 | |
| Subtotals For Class Administrative 100.00000 % | | | $34,316.23 *<br>$34,316.23 | $0.00 | $34,316.23 | $34,316.23 | |
| Claim Type 5400-00 - Contributions to Employee | | | | | | | |

| Case Number: 04-05676   JBS | | | | Page 2 | | | | Date: November 29, 2007 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |

Debtor Name: BAUM & OLSEN, INC.

| Claim # | Payee Name | Class | Priority | Amt Claimed *<br>Amt Allowed | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | **Claim Type 5400-00 - Contributions to Employee** | | | | | | | |
| 000003 | Nicolette S Josey<br>5533 Webster St<br>Downers Grove, Il 60516 | Priority | 054<br><br>Percent Paid: 100.00000 % | $1,158.66 *<br>$1,158.66 | $0.00 | $1,158.66 | $1,158.66 | $91,053.23 |
| 000007 | Christopher Howland<br>6258 N Lakewood Ave #3<br>Chicago, Il 60660 | Priority | 054<br><br>Percent Paid: 100.00000 % | $675.00 *<br>$675.00 | $0.00 | $675.00 | $675.00 | $90,378.23 |
| | Subtotal For Claim Type 5400-00 | | | $1,833.66 *<br>$1,833.66 | $0.00 | $1,833.66 | $1,833.66 | |
| | Subtotals For Class Priority | 100.00000 % | | $1,833.66 *<br>$1,833.66 | $0.00 | $1,833.66 | $1,833.66 | |
| | **Claim Type 7100-00 - General Unsecured 726(a)(2)** | | | | | | | |
| 000001 | Citicorp Vendor Finance Inc<br>f/k/a Copelco Capital Inc<br>1800 Overcenter Drive<br>Moberly, Mo 65270 | Unsec | 070<br><br>Percent Paid: 29.03173 % | $50,538.41 *<br>$43,919.47 | $0.00 | $43,919.47 | $12,750.58 | $77,627.65 |
| 000002 | PR Newswire<br>GPO Box 5897<br>New York, NY 10087-5897 | Unsec | 070<br><br>Percent Paid: 29.03239 % | $710.00 *<br>$710.00 | $0.00 | $710.00 | $206.13 | $77,421.52 |
| 000008 | BNP Media<br>P O Box 2600<br>Troy, MI 48007 | Unsec | 070<br><br>Percent Paid: 29.03156 % | $2,021.80 *<br>$2,021.80 | $0.00 | $2,021.80 | $586.96 | $76,834.56 |
| 000009 | ABS<br>901 S. Rohlwing Rd.<br>Addison, IL 60101 | Unsec | 070<br><br>Percent Paid: 29.03172 % | $31,615.70 *<br>$31,615.70 | $0.00 | $31,615.70 | $9,178.58 | $67,655.98 |
| 000010 | John Campbell & Assoc.<br>1801 N. Mill St.<br>Suite H<br>Naperville, IL 60563 | Unsec | 070<br><br>Percent Paid: 29.03172 % | $15,985.00 *<br>$15,985.00 | $0.00 | $15,985.00 | $4,640.72 | $63,015.26 |
| 000011 | Flax Art & Frame<br>220 S. Wabash Ave.<br>Chicago, IL 60604 | Unsec | 070<br><br>Percent Paid: 29.03187 % | $1,000.28 *<br>$1,000.28 | $0.00 | $1,000.28 | $290.40 | $62,724.86 |

Case Number: 04-05676    JBS  
Debtor Name: BAUM & OLSEN, INC.  
Page 3  
Date: November 29, 2007

| Claim # | Payee Name | Class | Priority | Amt Claimed *<br>Amt Allowed | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| | **Claim Type 7100-00 - General Unsecured 726(a)(2)** | | | | | | | |
| 000013 | California Restaurant Association<br>1011 10th St.<br>Sacramento, CA 95814<br>Percent Paid: 29.03148 % | Unsec | 070 | $2,358.75 *<br>$2,358.75 | $0.00 | $2,358.75 | $684.78 | $62,040.08 |
| 000014 | Service Graphics<br>17W045 Hodges Rd.<br>Oakbrook Terrace, IL 60181<br>Percent Paid: 29.03192 % | Unsec | 070 | $477.44 *<br>$477.44 | $0.00 | $477.44 | $138.61 | $61,901.47 |
| 000015 | Advantage Copier<br>401 S. Dearborn Ave.<br>Kankakee, IL 60901<br>Percent Paid: 29.03139 % | Unsec | 070 | $1,370.00 *<br>$1,370.00 | $0.00 | $1,370.00 | $397.73 | $61,503.74 |
| 000016 | Andrew's Decal<br>6559 N. Avondale<br>Chicago, IL 60631<br>Percent Paid: 29.03213 % | Unsec | 070 | $500.17 *<br>$500.17 | $0.00 | $500.17 | $145.21 | $61,358.53 |
| 000017 | People's Graphics<br>7223 S. Route 83<br>PMB-215<br>Willowbrook, IL 60527<br>Percent Paid: 29.03176 % | Unsec | 070 | $4,172.50 *<br>$4,172.50 | $0.00 | $4,172.50 | $1,211.35 | $60,147.18 |
| 000018 | Central Photo Engraving<br>329 W 18th St Ste 800<br>Chicago, Il 60616<br>Percent Paid: 29.03152 % | Unsec | 070 | $1,713.00 *<br>$1,713.00 | $0.00 | $1,713.00 | $497.31 | $59,649.87 |
| 000019 | Bruce Offset<br>1099 Greenleaf Ave.<br>Elk Grove Village, IL 60007<br>Percent Paid: 29.03171 % | Unsec | 070 | $4,666.38 *<br>$4,666.38 | $0.00 | $4,666.38 | $1,354.73 | $58,295.14 |
| 000020 | Dart Printing<br>P.O. Box 811201<br>Chicago, IL 60681<br>Percent Paid: 29.03185 % | Unsec | 070 | $2,351.90 *<br>$2,351.90 | $0.00 | $2,351.90 | $682.80 | $57,612.34 |
| 000021 | Marks, Marks & Kaplan<br>55 West Monroe Street Ste 3300<br>Chicago, Il 60603<br>Percent Paid: 29.03169 % | Unsec | 070 | $8,149.75 *<br>$8,149.75 | $0.00 | $8,149.75 | $2,366.01 | $55,246.33 |

**FINAL DISTRIBUTION**

| Case Number: 04-05676   JBS | Page 4 | Date: November 29, 2007 |
|---|---|---|
| Debtor Name: BAUM & OLSEN, INC. | | |

| Claim # | Payee Name | Class | Priority | Amt Claimed *<br>Amt Allowed | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| | **Claim Type 7100-00 - General Unsecured 726(a)(2)** | | | | | | | |
| 000022 | LeBhar Friedman<br>425 Park Avenue<br>New York, NY 10022 | Unsec | 070<br>Percent Paid: 29.03169 % | $19,057.00 *<br>$19,057.00 | $0.00 | $19,057.00 | $5,532.57 | $49,713.76 |
| 000023 | CYGNUS<br>1233 Janesville Ave.<br>Fort Atkinson, WI 53538 | Unsec | 070<br>Percent Paid: 29.03174 % | $6,647.00 *<br>$6,647.00 | $0.00 | $6,647.00 | $1,929.74 | $47,784.02 |
| 000024 | Hospitality News<br>P.O. Box 21027<br>Salem, OR 97307 | Unsec | 070<br>Percent Paid: 29.03162 % | $1,054.85 *<br>$1,054.85 | $0.00 | $1,054.85 | $306.24 | $47,477.78 |
| 000025 | American Color Labs<br>611 W. Adams St.<br>Chicago, IL 60661 | Unsec | 070<br>Percent Paid: 29.03185 % | $1,727.00 *<br>$1,727.00 | $0.00 | $1,727.00 | $501.38 | $46,976.40 |
| 000026 | Olsen & Baum Enterprises LLC<br>Stuart Baum<br>685 W Ohio Street<br>Chicago, IL 60610 | Unsec | 070<br>Percent Paid: 29.03172 % | $292,120.11 *<br>$153,616.00 | $0.00 | $153,616.00 | $44,597.36 | $2,379.04 |
| 000027 | Tom Sesek Retouching<br>30 E. Adams<br>Suite 812<br>Chicago, IL 60606 | Unsec | 070<br>Percent Paid: 29.03174 % | $3,245.00 *<br>$3,245.00 | $0.00 | $3,245.00 | $942.08 | $1,436.96 |
| 000028 | Fred Plewa<br>5432 N. Winthrop Ave.<br>Chicago, IL 60640 | Unsec | 070<br>Percent Paid: 29.03172 % | $2,632.50 *<br>$2,632.50 | $0.00 | $2,632.50 | $764.26 | $672.70 |
| 000029 | Food Service East<br>165 New Boston St.<br>Suite 236<br>Woburn, MA 01801 | Unsec | 070<br>Percent Paid: 29.03198 % | $2,317.10 *<br>$2,317.10 | $0.00 | $2,317.10 | $672.70 | $0.00 |
| | Subtotal For Claim Type 7100-00 | | | $456,431.64 *<br>$311,308.59 | $0.00 | $311,308.59 | $90,378.23 | |

PROPDIS*   Printed: 11/29/07 03:53 PM   Ver: 12.60b

Case Number: 04-05676   JBS  Page 5  Date: November 29, 2007
Debtor Name: BAUM & OLSEN, INC.

| Claim # | Payee Name | Class | Priority | Amt Claimed * / Amt Allowed | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| | Subtotals For Class Unsecured | 29.03172 % | | $456,431.64 * / $311,308.59 | $0.00 | $311,308.59 | $90,378.23 | |
| | << Totals >> | | | $492,581.53 / $347,458.48 | $0.00 | $347,458.48 | $126,528.12 | $0.00 |

Proposed distribution is dependent on the Court's rulings on administrative expenses, contest of claims, and/or objections made to this proposed distribution.

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No.: | 04-05676 -JBS | | Trustee Name: | Phillip D. Levey |
| Case Name: | BAUM & OLSEN, INC. | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******6571 Money Market |
| Taxpayer ID No: | *******6587 | | | |
| For Period Ending: | 05/22/08 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code / Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/07/04 | 1 | RANDY S. CHANDRA<br>568 PLYMOUTH<br>PALATINE, IL | SALE OF STOCK | 1129-000 / 11,765.00 | | 11,765.00 |
| 06/07/04 | 1 | LEONARD & DOLORES MATTESON<br>R.R., BOX 20<br>GALATA, MT | SALE OF STOCK | 1129-000 / 325.00 | | 12,090.00 |
| 06/07/04 | 1 | FRANK GERBER | SALE OF STOCK | 1129-000 / 14,040.00 | | 26,130.00 |
| 06/07/04 | 1 | DREAMFIELD PARTNERS, LP | SALE OF STOCK | 1129-000 / 7,865.00 | | 33,995.00 |
| 06/07/04 | 1 | PALOLO PARTNERS LLC | SALE OF STOCK | 1129-000 / 5,395.00 | | 39,390.00 |
| 06/07/04 | 1 | MACHINE RESEARCH CORPORATION | SALE OF STOCK | 1129-000 / 34,125.00 | | 73,515.00 |
| 06/07/04 | 1 | RONALD J. BORN | SALE OF STOCK | 1129-000 / 3,705.00 | | 77,220.00 |
| 06/07/04 | 1 | MARC HAMID | SALE OF STOCK | 1129-000 / 4,420.00 | | 81,640.00 |
| 06/07/04 | 1 | RICHARD WITKOWSKI | SALE OF STOCK | 1129-000 / 2,080.00 | | 83,720.00 |
| 06/07/04 | 1 | SCOTT SANDERS | SALE OF STOCK | 1129-000 / 520.00 | | 84,240.00 |
| 06/07/04 | 1 | TONY ABFALL | SALE OF STOCK | 1129-000 / 1,300.00 | | 85,540.00 |
| 06/07/04 | 1 | R.H. BAILIN | SALE OF STOCK | 1129-000 / 1,950.00 | | 87,490.00 |
| 06/07/04 | 1 | MICHAEL PHILLIPS | SALE OF STOCK | 1129-000 / 4,225.00 | | 91,715.00 |
| 06/07/04 | 1 | COLLIN ANDERSON | SALE OF STOCK | 1129-000 / 27,235.00 | | 118,950.00 |
| 06/07/04 | 1 | PATSY LONG | SALE OF STOCK | 1129-000 / 975.00 | | 119,925.00 |
| 06/07/04 | 1 | CAROL J. DANNENHAUER TRUST | SALE OF STOCK | 1129-000 / 2,015.00 | | 121,940.00 |
| 06/07/04 | 1 | CAROL DANNENHAUER UGMA FOR ALEXANDER | SALE OF STOCK | 1129-000 / 650.00 | | 122,590.00 |
| 06/07/04 | 1 | NUTRADE INC. TRUST | SALE OF STOCK | 1129-000 / 910.00 | | 123,500.00 |
| 06/30/04 | 5 | BANK OF AMERICA | Interest Rate 0.100 | 1270-000 / 6.93 | | 123,506.93 |
| 07/30/04 | 5 | BANK OF AMERICA | Interest Rate 0.100 | 1270-000 / 10.45 | | 123,517.38 |
| 08/31/04 | 5 | BANK OF AMERICA | Interest Rate 0.100 | 1270-000 / 10.47 | | 123,527.85 |
| 09/20/04 | 000101 | POSTMASTER | POSTAGE<br>POSTAGE-TAX RETURNS | 2990-000 | 33.50 | 123,494.35 |
| 09/30/04 | 5 | BANK OF AMERICA | Interest Rate 0.100 | 1270-000 / 10.12 | | 123,504.47 |
| 10/29/04 | 5 | BANK OF AMERICA | Interest Rate 0.100 | 1270-000 / 10.46 | | 123,514.93 |

Page Subtotals    123,548.43    33.50

LFORM24                                                                                              Ver: 12.63

| Case No: | 04-05676 -JBS | | Trustee Name: | Phillip D. Levey |
| Case Name: | BAUM & OLSEN, INC. | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | ******6571 Money Market |
| Taxpayer ID No: | ******6587 | | | |
| For Period Ending: | 05/22/08 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/30/04 | 5 | BANK OF AMERICA | Interest Rate 0.100 | 1270-000 | 10.13 | | 123,525.06 |
| 12/31/04 | 5 | BANK OF AMERICA | Interest Rate 0.100 | 1270-000 | 10.46 | | 123,535.52 |
| 01/31/05 | 5 | BANK OF AMERICA | Interest Rate 0.100 | 1270-000 | 10.49 | | 123,546.01 |
| 02/28/05 | 5 | BANK OF AMERICA | Interest Rate 0.250 | 1270-000 | 23.69 | | 123,569.70 |
| 03/31/05 | 5 | BANK OF AMERICA | Interest Rate 0.250 | 1270-000 | 26.24 | | 123,595.94 |
| 04/27/05 | 000102 | International Sureties, Ltd. 210 Barone Street Suite 1700 New Orleans, LA 70112 | TRUSTEE'S BOND | 2300-000 | | 100.50 | 123,495.44 |
| 04/29/05 | 5 | BANK OF AMERICA | Interest Rate 0.250 | 1270-000 | 25.39 | | 123,520.83 |
| 05/31/05 | 5 | BANK OF AMERICA | Interest Rate 0.250 | 1270-000 | 26.24 | | 123,547.07 |
| 06/30/05 | 5 | BANK OF AMERICA | Interest Rate 0.250 | 1270-000 | 25.39 | | 123,572.46 |
| 07/29/05 | 5 | BANK OF AMERICA | Interest Rate 0.250 | 1270-000 | 26.24 | | 123,598.70 |
| 08/31/05 | 5 | BANK OF AMERICA | Interest Rate 0.600 | 1270-000 | 62.99 | | 123,661.69 |
| 09/16/05 | 000103 | POSTMASTER | POSTAGE | 2990-000 | | 20.80 | 123,640.89 |
| 09/30/05 | 5 | BANK OF AMERICA | Interest Rate 0.600 | 1270-000 | 60.98 | | 123,701.87 |
| 10/31/05 | 5 | BANK OF AMERICA | Interest Rate 0.600 | 1270-000 | 63.04 | | 123,764.91 |
| 11/30/05 | 5 | BANK OF AMERICA | Interest Rate 0.600 | 1270-000 | 61.03 | | 123,825.94 |
| 12/30/05 | 5 | BANK OF AMERICA | Interest Rate 0.600 | 1270-000 | 63.09 | | 123,889.03 |
| 01/31/06 | 5 | BANK OF AMERICA | Interest Rate 0.600 | 1270-000 | 63.14 | | 123,952.17 |
| 02/28/06 | 5 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 88.29 | | 124,040.46 |
| 03/31/06 | 5 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 105.35 | | 124,145.81 |
| 04/28/06 | 5 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 102.04 | | 124,247.85 |
| * 05/29/06 | 000104 | International Sureties, Ltd. 203 Carondelet Street Suite 500 New Orleans, LA 70130 | | 2300-003 | | 93.19 | 124,154.66 |
| * 05/29/06 | 000104 | International Sureties, Ltd. 203 Carondelet Street Suite 500 | VOID Wrong Amount. | 2300-003 | | -93.19 | 124,247.85 |

Page Subtotals  854.22  121.30

Ver: 12.03

LFORM2.4

| Case No: | 04-05676 -JBS | Trustee Name: | Phillip D. Levey |
| Case Name: | BAUM & OLSEN, INC. | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | ******6571 Money Market |
| Taxpayer ID No: | ******6587 | | |
| For Period Ending: | 05/22/08 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/30/06 | 000105 | New Orleans, LA 70130<br>International Sureties, Ltd.<br>203 Carondelet Street<br>Suite 500<br>New Orleans, LA 70130 | Bond Premium | 2300-000 | | 101.12 | 124,146.73 |
| 05/31/06 | 5 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 105.53 | | 124,252.26 |
| 06/30/06 | 5 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 102.14 | | 124,354.40 |
| 07/31/06 | 5 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 105.62 | | 124,460.02 |
| 08/31/06 | 5 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 105.71 | | 124,565.73 |
| 09/29/06 | 5 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 102.38 | | 124,668.11 |
| 10/31/06 | 5 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 105.89 | | 124,774.00 |
| 11/30/06 | 5 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 102.55 | | 124,876.55 |
| 12/29/06 | 5 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 106.06 | | 124,982.61 |
| 01/31/07 | 5 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 106.15 | | 125,088.76 |
| 02/28/07 | 5 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 95.96 | | 125,184.72 |
| 03/30/07 | 5 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 106.31 | | 125,291.03 |
| 04/30/07 | 5 | BANK OF AMERICA | Interest Rate 1.750 | 1270-000 | 172.50 | | 125,463.53 |
| 05/08/07 | 000106 | International Sureties, Ltd.<br>203 Carondelet St.-Suite 500<br>New Orleans, LA 70130 | Blanket Bond Premium-Bond #01602645 | 2300-000 | | 119.84 | 125,343.69 |
| 05/31/07 | 5 | BANK OF AMERICA | Interest Rate 1.750 | 1270-000 | 186.38 | | 125,530.07 |
| * 05/31/07 | 000107 | Postmaster | Postage re 2006 and 2007 tax returns. | 2200-003 | | 27.50 | 125,502.57 |
| * 06/02/07 | 000107 | Postmaster | VOID<br>Post Office system would not accept oversiaze check. | 2200-003 | | -27.50 | 125,530.07 |
| 06/29/07 | 5 | BANK OF AMERICA | Interest Rate 1.750 | 1270-000 | 180.55 | | 125,710.62 |
| 07/31/07 | 5 | BANK OF AMERICA | Interest Rate 1.750 | 1270-000 | 186.85 | | 125,897.47 |
| 08/31/07 | 5 | BANK OF AMERICA | Interest Rate 1.750 | 1270-000 | 187.12 | | 126,084.59 |
| 09/28/07 | 5 | BANK OF AMERICA | Interest Rate 1.750 | 1270-000 | 181.35 | | 126,265.94 |
| 10/31/07 | 5 | BANK OF AMERICA | Interest Rate 1.200 | 1270-000 | 145.81 | | 126,411.75 |
| 11/29/07 | 5 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 116.37 | | 126,528.12 |

Page Subtotals          2,501.23          220.96

LFORM24                                                                                                  Ver: 12.63

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4

| Case No: | 04-05676 -JBS | Trustee Name: | Phillip D. Levey |
| Case Name: | BAUM & OLSEN, INC. | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******6571  Money Market |
| Taxpayer ID No: | *******6587 | | |
| For Period Ending: | 05/22/08 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/29/07 | | Transfer to Acct #*******2882 | Final Posting Transfer | 9999-000 | | 126,528.12 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 126,903.88 | 126,903.88 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 126,528.12 | |
| Subtotal | 126,903.88 | 375.76 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 126,903.88 | 375.76 | |

Page Subtotals   0.00   126,528.12

Ver: 12.63

FORM24

Case 04-05676   Doc 66   Filed 05/23/08   Entered 05/23/08 15:42:01   Desc Main
Document      Page 13 of 17

FORM 2

Page: 5

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 04-05676 -JBS | Trustee Name: | Phillip D. Levey |
| --- | --- | --- | --- |
| Case Name: | BAUM & OLSEN, INC. | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******2882 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6587 | | |
| For Period Ending: | 05/22/08 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/29/07 | | Transfer from Acct #*******6571 | Transfer In From MMA Account | 9999-000 | 126,528.12 | | 126,528.12 |
| 12/02/07 | 000101 | PHILLIP D. LEVEY<br>2722 NORTH RACINE AVENUE<br>CHICAGO, IL 60614 | Chapter 7 Compensation/Fees | 2100-000 | | 9,582.09 | 116,946.03 |
| 12/02/07 | 000102 | PHILLIP D. LEVEY<br>2722 NORTH RACINE AVENUE<br>CHICAGO, IL 60614 | Chapter 7 Expenses | 2200-000 | | 228.57 | 116,717.46 |
| 12/02/07 | 000103 | Phillip D. Levey | TRUSTEE'S ATTORNEY'S FEES | 3110-000 | | 16,575.00 | 100,142.46 |
| 12/02/07 | 000104 | Popowcer Katten Ltd.<br>35 East Wacker Drive<br>Suite 1550<br>Chicago, IL 60601 | Trustee's Accountants' Fees | 3410-000 | | 7,908.50 | 92,233.96 |
| 12/02/07 | 000105 | Popowcer Katten Ltd.<br>35 East Wacker Drive<br>Suite 1550<br>Chicago, IL 60601 | Trustee's Accontants' Expenses | 3420-000 | | 22.07 | 92,211.89 |
| 12/02/07 | 000106 | Nicolette S Josey<br>5533 Webster St<br>Downers Grove, Il 60516 | Claim 000003, Payment 100.00000% | 5400-000 | | 1,158.66 | 91,053.23 |
| 12/02/07 | 000107 | Christopher Howland<br>6258 N Lakewood Ave #3<br>Chicago, Il 60660 | Claim 000007, Payment 100.00000% | 5400-000 | | 675.00 | 90,378.23 |
| 12/02/07 | 000108 | Citicorp Vendor Finance Inc<br>f/k/a Copelco Capital Inc<br>1800 Overcenter Drive<br>Moberly, Mo 65270 | Claim 000001, Payment 29.03173% | 7100-000 | | 12,750.58 | 77,627.65 |
| 12/02/07 | 000109 | PR Newswire<br>GPO Box 5897<br>New York, NY 10087-5897 | Claim 000002, Payment 29.03239% | 7100-000 | | 206.13 | 77,421.52 |
| 12/02/07 | 000110 | BNP Media | Claim 000008, Payment 29.03156% | 7100-000 | | 586.96 | 76,834.56 |

Page Subtotals     126,528.12     49,693.56

Ver: 12.63

LFORM24

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 6

| Case No: | 04-05676 -JBS | Trustee Name: | Phillip D. Levey |
| Case Name: | BAUM & OLSEN, INC. | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******2882 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6587 | | |
| For Period Ending: | 05/22/08 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/02/07 | 000111 | P O Box 2600<br>Troy, MI 48007<br>ABS | Claim 000009, Payment 29.03172% | 7100-000 | | 9,178.58 | 67,655.98 |
| 12/02/07 | 000112 | 901 S. Rohlwing Rd.<br>Addison, IL 60101<br>John Campbell & Assoc. | Claim 000010, Payment 29.03172% | 7100-000 | | 4,640.72 | 63,015.26 |
| 12/02/07 | 000113 | 1801 N. Mill St.<br>Suite H<br>Naperville, IL 60563<br>Flax Art & Frame | Claim 000011, Payment 29.03187% | 7100-000 | | 290.40 | 62,724.86 |
| 12/02/07 | 000114 | 220 S. Wabash Ave.<br>Chicago, IL 60604<br>California Restaurant Association | Claim 000013, Payment 29.03148% | 7100-000 | | 684.78 | 62,040.08 |
| 12/02/07 | 000115 | 1011 10th St.<br>Sacramento, CA 95814<br>Service Graphics | Claim 000014, Payment 29.03192% | 7100-000 | | 138.61 | 61,901.47 |
| 12/02/07 | 000116 | 17W045 Hodges Rd.<br>Oakbrook Terrace, IL 60181<br>Advantage Copier | Claim 000015, Payment 29.03139% | 7100-000 | | 397.73 | 61,503.74 |
| 12/02/07 | 000117 | 401 S. Dearborn Ave.<br>Kankakee, IL 60901<br>Andrew's Decal | Claim 000016, Payment 29.03213% | 7100-000 | | 145.21 | 61,358.53 |
| * 12/02/07 | 000118 | 6559 N. Avondale<br>Chicago, IL 60631<br>People's Graphics | Claim 000017, Payment 29.03176% | 7100-004 | | 1,211.35 | 60,147.18 |
| 12/02/07 | 000119 | 7223 S. Route 83<br>PMB-215<br>Willowbrook, IL 60527<br>Central Photo Engraving<br>329 W 18th St Ste 800 | Claim 000018, Payment 29.03152% | 7100-000 | | 497.31 | 59,649.87 |

Page Subtotals     0.00     17,184.69

LFORM24

Ver: 12.63

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 04-05676 -JBS | | Trustee Name: | Phillip D. Levey |
|---|---|---|---|---|
| Case Name: | BAUM & OLSEN, INC. | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******2882 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6587 | | | |
| For Period Ending: | 05/22/08 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/02/07 | 000120 | Bruce Offset<br>1099 Greenleaf Ave.<br>Elk Grove Village, IL 60007 | Claim 000019, Payment 29.03171% | 7100-000 | | 1,354.73 | 58,295.14 |
| * 12/02/07 | 000121 | Dart Printing<br>P.O. Box 811201<br>Chicago, IL 60681 | Claim 000020, Payment 29.03185% | 7100-004 | | 682.80 | 57,612.34 |
| 12/02/07 | 000122 | Marks, Marks & Kaplan<br>55 West Monroe Street Ste 3300<br>Chicago, IL 60603 | Claim 000021, Payment 29.03169% | 7100-000 | | 2,366.01 | 55,246.33 |
| 12/02/07 | 000123 | LeBhar Friedman<br>425 Park Avenue<br>New York, NY 10022 | Claim 000022, Payment 29.03169% | 7100-000 | | 5,532.57 | 49,713.76 |
| 12/02/07 | 000124 | CYGNUS<br>1233 Janesville Ave.<br>Fort Atkinson, WI 53538 | Claim 000023, Payment 29.03174% | 7100-000 | | 1,929.74 | 47,784.02 |
| * 12/02/07 | 000125 | Hospitality News<br>P.O. Box 21027<br>Salem, OR 97307 | Claim 000024, Payment 29.03162% | 7100-004 | | 306.24 | 47,477.78 |
| 12/02/07 | 000126 | American Color Labs<br>611 W. Adams St.<br>Chicago, IL 60661 | Claim 000025, Payment 29.03185% | 7100-000 | | 501.38 | 46,976.40 |
| 12/02/07 | 000127 | Olsen & Baum Enterprises LLC<br>Stuart Baum<br>685 W Ohio Street<br>Chicago, IL 60610 | Claim 000026, Payment 29.03172% | 7100-000 | | 44,597.36 | 2,379.04 |
| 12/02/07 | 000128 | Tom Sesek Retouching<br>30 E. Adams<br>Suite 812<br>Chicago, IL 60606 | Claim 000027, Payment 29.03174% | 7100-000 | | 942.08 | 1,436.96 |

Page Subtotals      0.00      58,212.91

FORM24

Ver: 12.63

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 8

| Case No: | 04-05676 -JBS | Trustee Name: | Phillip D. Levey |
| Case Name: | BAUM & OLSEN, INC. | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******2882 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6587 | | |
| For Period Ending: | 05/22/08 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/02/07 | 000129 | Fred Plewa<br>5432 N. Winthrop Ave.<br>Chicago, IL 60640 | Claim 000028, Payment 29.03172% | 7100-000 | | 764.26 | 672.70 |
| * 12/02/07 | 000130 | Food Service East<br>165 New Boston St.<br>Suite 236<br>Woburn, MA 01801 | Claim 000029, Payment 29.03198% | 7100-004 | | 672.70 | 0.00 |
| * 04/07/08 | 000118 | People's Graphics<br>7223 S. Route 83<br>PMB-215<br>Willowbrook, IL 60527 | Stop Payment Reversal<br>STOP PAY ADD SUCCESSFUL | 7100-004 | | -1,211.35 | 1,211.35 |
| * 04/07/08 | 000121 | Dart Printing<br>P.O. Box 811201<br>Chicago, IL 60681 | Stop Payment Reversal<br>STOP PAY ADD SUCCESSFUL | 7100-004 | | -682.80 | 1,894.15 |
| * 04/07/08 | 000125 | Hospitality News<br>P.O. Box 21027<br>Salem, OR 97307 | Stop Payment Reversal<br>STOP PAY ADD SUCCESSFUL | 7100-004 | | -306.24 | 2,200.39 |
| * 04/07/08 | 000130 | Food Service East<br>165 New Boston St.<br>Suite 236<br>Woburn, MA 01801 | Stop Payment Reversal<br>STOP PAY ADD SUCCESSFUL | 7100-004 | | -672.70 | 2,873.09 |
| 04/07/08 | 000131 | Clerk, U.S. Bankruptcy Court | Unclaimed Dividend Funds | 7100-000 | | 2,873.09 | 0.00 |

Page Subtotals     0.00     1,436.96

LFORM24

Ver: 12.63

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 04-05676 -JBS | | Trustee Name: | Phillip D. Levey |
| Case Name: | BAUM & OLSEN, INC. | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******2882 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6587 | | | |
| For Period Ending: | 05/22/08 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 126,528.12 | 126,528.12 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 126,528.12 | 0.00 | |
| | | | Subtotal | | 0.00 | 126,528.12 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 126,528.12 | |
| | | | | | | NET | ACCOUNT |
| | | | TOTAL - ALL ACCOUNTS | | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| | | | Money Market - *******6571 | | 126,903.88 | 375.76 | 0.00 |
| | | | Checking Account (Non-Interest Earn - *******2882 | | 0.00 | 126,528.12 | 0.00 |
| | | | | | 126,903.88 | 126,903.88 | 0.00 |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals        0.00        0.00

LFORM24

Ver: 12.63